Michael L. Lipman (SBN 66605)
Karen Lehmann Alexander (SBN 265926)
**DUANE MORRIS LLP**
750 B Street, Ste. 2900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
email:   mllipman@duanemorris.com
         klalexander@duanemorris.com

Attorneys for Defendant
RAVNEET SINGH

FILED
MAR - 8 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14CR0388 MMA |
| Plaintiff, | **DEFENDANT RAVNEET SINGH'S WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT ON SECOND SUPERSEDING INDICTMENT AND ENTRY OF PLEA OF NOT GUILTY** |
| v. | |
| JOSE SUSUMO AZANO MATSURA (1); RAVNEET SINGH (2); ELECTIONMALL, INC. (3); MARCO POLO CORTES (4), | |
| Defendants. | |

Pursuant to Federal Rule of Criminal Procedure 10(b), Defendant Ravneet Singh hereby waives his personal appearance at the arraignment on the Second Superseding Indictment ("SSI") scheduled for March 8, 2016 at 9:00 am before the Honorable Michael M. Anello.  Mr. Singh affirms that he has received a copy of the SSI, that he understands he has the right to personally appear at his arraignment and to have the SSI read to him in open court, and that his plea is not guilty.

/ /

/ /

---

**WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT**
DM1\6707533.2
**14CR0388**

Having discussed the SSI and the waiver of personal appearance at arraignment with counsel, and fully understanding the nature of the offenses charged and of his rights, Mr. Singh hereby waives his personal appearance at the arraignment and requests that the Court accept this waiver and enter a plea of NOT GUILTY on his behalf to the Second Superseding Indictment.

Dated: March 1, 2016

_____
Ravneet Singh, Defendant

Dated: March 2, 2016

_____
Michael L. Lipman (SBN 66605)
Karen L. Alexander (SBN 265926)
Attorneys for Defendant, Ravneet Singh