UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RAVNEET SINGH,<br><br>    Defendant. | Case No. 14cr388-MMA<br>**VERDICT FORM** |

FILED
SEP 09 2016
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

We, the jury, find the defendant RAVNEET SINGH

__*Guilty*__ of Conspiracy, as charged in Count 1 of the Indictment
Guilty / Not Guilty

__*Guilty*__ of Campaign Donation/Contribution by a Foreign National, aggregating at least $25,000, as charged in Count 3 of the Indictment
Guilty / Not Guilty

__*Guilty*__ of Falsification of Records Related to Campaign Finance, as charged in Count 32 of the Indictment (unreported)
Guilty / Not Guilty

__*Guilty*__ of Falsification of Records Related to Campaign Finance, as charged in Count 37 of the Indictment (unreported)
Guilty / Not Guilty

So say we all, this __9__ day of __Sept.__, 2016.

_[signature]_ 2016/Sept/9
FOREPERSON