Michael L. Lipman (SBN 66605)
Karen Lehmann Alexander (SBN 265926)
**DUANE MORRIS** LLP
750 B Street, Ste. 2900
San Diego, CA 92101
Telephone: 619.744.2200
Facsimile: 619.744.2201
email:   mllipman@duanemorris.com
          klalexander@duanemorris.com

Attorneys for Defendant
RAVNEET SINGH

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 14CR0388-MMA |
| Plaintiff, | **ACKNOWLEDGMENT OF NEXT COURT DATE** |
| v. | |
| JOSE SUSUMO AZANO MATSURA; RAVNEET SINGH; ELECTIONMALL, INC.; MARCO POLO CORTES, | |
| Defendants. | |

Defendant Ravneet Singh hereby acknowledges that the Sentence with PSR set for August 28, 2017 hearing date is reset to August 31, 2017 at 2:00 p.m. in Courtroom 3D before the Honorable Michael M. Anello.

Dated: June 20, 2017

_____
Ravneet Singh

ACKNOWLEDGMENT OF NEXT COURT DATE

14CR0387