UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 30 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>RAVNEET SINGH, AKA Ravi Singh,<br><br>　　　　Defendant - Appellant. | No. 17-50337<br><br>D.C. No. 3:14-cr-00388-MMA-2<br>U.S. District Court for Southern California, San Diego<br><br>**ORDER** |

　　Appellant's motion (Docket Entry No. 10) for an extension of time to file the opening brief is granted. The appellant's opening brief is due April 30, 2018; appellee's answering brief is due May 30, 2018; and the optional reply brief is due within 21 days after service of the answering brief.

　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　By: Grace Santos
　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7