# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RAVNEET SINGH (2),<br><br>Defendant. | Case No. 14CR0388-MMA-2<br><br>**ORDER GRANTING JOINT MOTION AND DIRECTING THE TRANSFER OF SEIZED FUNDS TO THE CLERK OF COURT FOR PAYMENT TOWARD DEFENDANT'S MONETARY PENALTIES**<br><br>[Doc. No. 1022] |

Upon the joint motion of the parties and good cause appearing,

IT IS HEREBY ORDERED that the United States Marshal Service transfer funds in the sum of $1,000.00, which was seized from Defendant Ravneet Singh in connection with the investigation and prosecution in the above captioned-case, to the Clerk of this Court.

IT IS FURTHER ORDERED that the Clerk apply the funds to Defendant Singh's monetary penalties in the above-captioned case, in accordance with 18 U.S.C. § 3612(c).

**IT IS SO ORDERED**.

DATE: January 20, 2021

HON. MICHAEL M. ANELLO
United States District Judge